ALPHONSO ALLICK, Respondent, *v.* COLUMBIAN PROTECTIVE ASSOCIATION, Appellant.

Argued October 11, 1945; decided November 29, 1945.

*Eli Thomas Scott* for appellant.
*Bernard Jacobson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, and DYE, JJ. Taking no part: MEDALIE, J.